KAHN, Appellant, vs. MALANEY, Respondent.

*February 10—May 3, 1921.*

*Appeal and error: Equal division of court.*

Where the justices of the supreme court are equally divided in
opinion on the question involved on an appeal, the judgment
appealed from will be affirmed.

APPEAL from a judgment of the superior court of Dane
county: AUGUST C. HOPPMANN, Judge. *Affirmed.*

Action to recover the balance claimed to be due upon the
purchase price of one fur coat sold by plaintiff to defendant.
The defense was that the coat delivered was not such a coat
as had been contracted for. Trial before the court and jury
resulted in judgment for the defendant dismissing the com-
plaint. From this judgment plaintiff appeals.

*R. F. Duckert* of Madison, for the appellant.

For the respondent the cause was submitted on the brief
of *Elmore T. Elver* of Madison.

The following opinion was filed March 8, 1921:

JONES, J. The court is equally divided in opinion upon
the question involved on this appeal. Mr. Justice VINJE,
Mr. Justice ROSENBERRY, and Mr. Justice ESCHWEILER are
of the opinion that the judgment appealed from should be
reversed. Mr. Chief Justice SIEBECKER, Mr. Justice OWEN,
and the writer are of the opinion that the judgment should
be affirmed. Under the established rule it follows that the
judgment appealed from must be affirmed. *Application of
Gruhl Sash & Door Co.* 173 Wis. 215, 180 N. W. 845.

*By the Court.*—Judgment affirmed.

A motion for a rehearing was denied, without costs, on
May 3, 1921.